FIORENTINA TOPPI, as Administratrix of the Estate of LOUIS TOPPI, Deceased, Respondent, *v.* JOHN B. McDONALD, Appellant.

*Toppi* v. *McDonald,* 129 App. Div. 443, affirmed.
(Argued October 13, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Courtlandt V. Anable* and *Raymond D. Thurber* for appellant.

*Thomas J. O'Neill* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.